IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-11-00073-CV

 

Jeffrey Scott Lockhart,

                                                                                    Appellant

 v.

 

Dale Patrick McCurley 

d/b/a Midlothian Insurance Agency,

                                                                                    Appellees

 

 

 



From the County Court
at Law

Ellis County, Texas

Trial Court No. 09-C-3400

 



MEMORANDUM  Opinion



 

Appellant Jeffrey Scott Lockhart has filed
a notice that he filed a bankruptcy proceeding on May 31, 2011.  See Tex. R. App. P. 8.1.  Further action in
this appeal has been automatically stayed.  See 11 U.S.C. § 362.

For administrative purposes, this appeal
is suspended and will be treated as closed unless reinstated on a proper
motion.  Tex. R. App. P. 8.2.  It
may be reinstated on motion of any party showing that the stay has been lifted
or modified and specifying what action, if any, is required from this Court
upon reinstatement of the appeal.  Tex.
R. App. P. 8.3.

            The reporting requirement of
Local Rule 17 is suspended.  10th Tex.
App. (Waco) Loc.  R. 17.

            The Clerk of this Court is
directed to transmit a copy of this opinion to the attorneys of record, the
trial court judge, and the trial court clerk.

 

REX D. DAVIS

Justice

 

Before
Chief Justice Gray,

        Justice
Davis, and

        Justice
Scoggins

Dismissed

Opinion
delivered and filed July 6, 2011

[CV06]